IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAKYLA SHAYD FETTER,<br><br>Defendant. | Case No. CR-22-40-BLG-SPW-1<br><br>**ORDER GRANTING LEAVE** |

Upon the Defendant's Unopposed Motion to File Video Exhibit Under Seal (Doc. 55), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendant is granted leave to file a proposed video exhibit under seal for consideration at the Sentencing Hearing in this matter.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of December, 2022.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE